**Corbett HALL Jr., Appellant,**

v.

**The STATE of Texas.**

**No. 878–00.**

Court of Criminal Appeals of Texas.

May 30, 2001.

James Rasmussen, Wichita Falls, for Appellant.

John W. Brasher, Assistant District Attorney, Wichita Falls, for the State.

1. *Hall v. State*, 13 S.W.3d 115, 120 (Tex. App.—Ft. Worth 2000).

### *OPINION*

The opinion was delivered PER CURIAM.

Hall received a life sentence for aggravated sexual assault. The Court of Appeals held that during the closing argument of the punishment phase, the State improperly commented on Hall's failure to testify.[1] As a result, the Court of Appeals reversed and remanded this case to the trial court for a new punishment hearing.[2]

We granted the State's petition for discretionary review to address whether the Court of Appeals erred in finding that there was a comment on Hall's failure to testify. We have determined that our decision to grant review was improvident. Therefore, the petition is dismissed.